# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EVERETT KAYMORE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-130 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 13.  Petitioner Everett Kaymore ("Kaymore") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Kaymore's 28 U.S.C. § 2241 Petition, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Kaymore *in forma pauperis* status on

appeal.

      SO ORDERED, this _____22_____ day of _____March_____, 2021.

                        HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)